UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 15-42925-399 |
| ANTOINE D. DUNLAP, | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | Conf.: April 5, 2017 @ 10:00 a.m. |
| | ) | Ctrm:  Five North |

SECOND AMENDED CHAPTER 13 PLAN

**PAYMENTS. Debtor is to pay to the Chapter 13 Trustee the sum of the following amounts: (complete one of the following payment options)**

$  0.00 per month for    months.

$_____ per month for _____ months, then $_____ per month for _____ months, then $_____ per month for _____ months.

A total of $20,910.00 through February, 2017, then $1,820.00 per month for 38 months beginning with the payment due in March, 2017.

In addition, Debtor shall pay to the Trustee and the plan base shall be increased by the following:

(1) Tax Refund. Debtor shall send any tax refund received during the pendency of the Chapter 13 case to the Trustee; however, Debtor may retain a portion of a tax refund to pay income taxes owed to any taxing authority for the same period as the refund. Debtor may also retain $1,250 for single filers or $1,500 for joint filers and refundable tax credits consisting of Earned Income Credit and Additional Child Tax Credit (Line 65 of Form 1040 or Line 39 of Form 1040A), each year.
(2) Employee Bonuses. Debtor shall send fifty percent of any employee bonus or other distribution paid or payable to Debtor during the term of the plan.
(3) Additional Lump Sums.  Debtor shall send additional lump sums(s) consisting of _____, if any, to be paid to the Trustee.

**DISBURSEMENTS. Creditors shall be paid in the following order and in the following fashion.  Unless stated otherwise, the Chapter 13 Trustee will make the payments to creditors.  All disbursements by the Trustee to be made pro-rata by class, except per month disbursements described below.  However, if there are funds available after payment of equal monthly payments in paragraph 5 and fees in paragraph 6, those funds shall be distributed again to those same paragraphs until paid in full before distributing to the next highest paragraphs:**

1. **Trustee and Court Fees.** Pay Trustee a percentage fee as allowed by law and pay filing fee if the Court enters an order providing for filing fees to be paid in the Chapter 13 Plan.

1

2. **Executory Contract/Lease Arrearages** Trustee to cure pre-petition arrearage on any executory contract accepted in paragraphs 3(A or B) over the following period, estimated as follows:
CREDITOR NAME                           TOTAL AMOUNT DUE            CURE PERIOD
3. Pay sub-paragraphs concurrently:

   (A) **Post-petition real property lease payments.** Debtor assumes executory contract for real property with the following creditor(s) and proposes to maintain payments in accordance with terms of the original contract as follows:
   CREDITOR NAME                    MONTHLY PAYMENT           BY DEBTOR/TRUSTEE

   (B) **Post-petition personal property lease payments**. Debtor assumes executory contract for personal property with the following creditor(s) and proposes to maintain payments in accordance with terms of the original contract as follows:
   CREDITOR NAME                    MONTHLY PAYMENT           MONTHS REMAINING

   (C) **Continuing Debt Payments including post-petition mortgage payments on real estate other than Debtor's residence**. Maintain payments of the following continuing debt(s) in accordance with terms of the original contract with any arrearages owed at the time of filing to be cured in paragraph 5A below.
   CREDITOR NAME                    MONTHLY PAYMENT
   Select Portfolio Servicing              $318.00

   (D) **Post-petition mortgage payments on Debtor's residence.** Payments due post-filing on debt(s) secured by lien(s) on Debtor(s) residence to be at the monthly amount listed below (or as adjusted by creditor under terms of loan agreement) to:
   CREDITOR NAME            MONTHLY PAYMENT         BY DEBTOR/TRUSTEE
   Ocwen Loan Servicing         $499.83                  Debtor
   Cornerstone Condo Assn.       263.41                  Trustee

   (E)   **DSO Claims in equal installments**.  Pay the following pre-petition domestic support obligation arrears in full in equal monthly installments over the life of the plan, estimated as:
   CREDITOR NAME                    TOTAL AMOUNT DUE        INTEREST RATE
   None
4. **Attorney Fees.** Pay Debtor's attorney $1705.00 in equal monthly payments over 24 months.  Any additional fees allowed by the Court shall be paid pursuant to paragraph 6 below.

5. Pay sub-paragraphs concurrently:

   (A)  **Pre-petition arrears on secured claims paid in paragraph 3.** Pay pre-petition arrearage on debts paid under paragraphs 3 (C) or (D) in equal monthly installments over the period set forth below and with the interest rate identified below, estimated as follows:
   CREDITOR NAME                    TOTAL AMOUNT DUE        CURE PERIOD      INTEREST RATE
   Cornerstone Condo Assn.       No payments on Claim—balance due subject to litigation
   Ocwen Loan Servicing                  3,976.02             48 months         0.00%
   Select Portfolio Servicing           13,476.87             48 months         0.00%

    (B) **Secured claims to be paid in full.** The following claims shall be paid in full in equal monthly payments over the period set forth below with 4.75% interest.

2

| CREDITOR | EST BALANCE DUE | REPAY PERIOD | TOTAL w/ INTEREST |
|---|---|---|---|
| Collector of Revenue | $2,783.75 | 60 months | $3,132.60 |

(C) **Secured claims subject to modification.** Pay all other secured claims the fair market value of the collateral, as of the date the petition was filed, in equal monthly payments over the period set forth below with 4.75% interest and with any balance of the debt to be paid as non-priority unsecured debt under paragraph 9(A), estimated as set forth below:

| CREDITOR | BALANCE DUE | FMV | REPAY PERIOD | TOTAL w/ INTEREST |
|---|---|---|---|---|

D) **Co-debtor guaranteed debt paid in equal monthly installments.** The following co-debtor guaranteed claims(s) to be paid by Trustee or by the co-debtor as noted below. If paid by Trustee, pay claim in equal monthly installments over the period and with interest as identified below.

| CREDITOR | EST BALANCE | TRUSTEE/CO-DEBTOR | PERIOD | INTEREST RATE |
|---|---|---|---|---|

(E) Pay any post-petition fees and costs as identified in a notice filed per Federal Rule of Bankruptcy Procedure 3002.1 as a supplement to an allowed claim or any other post-petition fees and costs which the Court allows and orders the Trustee to pay. Any such amounts shall be paid in equal monthly payments over the remainder of the plan duration and shall not receive interest.

6. Pay $1,500.00 of Debtor's attorney's fees and any additional attorney fees allowed by the Court.

7. Pay the following sub-paragraphs concurrently:
   (A) **Unsecured Co-debtor guaranteed claims.** The following unsecured co-debtor guaranteed debt to be paid by Trustee or by the co-debtor as noted below. If paid by Trustee, pay claim in full with interest rate as identified below.

| CREDITOR NAME | EST TOTAL DUE | TRUSTEE/CO-DEBTOR | INTEREST RATE |
|---|---|---|---|

   (B) **Assigned DSO Claims.** Domestic support obligation arrearages assigned to, or recoverable by, a governmental unit, to be paid a fixed amount with the balance to be owed by the Debtor(s) after completion of the Plan, pursuant to §§507(a)(1)(B) and 1322(a)(4). Regular payments that become due after filing shall be paid **directly** by Debtor(s).

| CREDITOR | TOTAL DUE | FIXED AMOUNT |
|---|---|---|

8. **Priority Claims.** Pay the following priority claims allowed under 11 U.S.C. § 507 in full, estimated as follows:

| CREDITOR NAME | TOTAL AMOUNT DUE |
|---|---|
| St. Louis City Collector of Revenue | $1,267.15 |
| Internal Revenue Service | 1,168.76 |
| Missouri Dept. of Revenue | 3,101.10 |

9. Pay the following sub-paragraphs concurrently:

   (A) **General Unsecured Claims**. Pay non-priority, unsecured creditors. Estimated total owed: $22,629.19. Amount required to be paid to non-priority unsecured creditors as determined by §1325(a)(4) hypothetical Chapter 7 liquidation calculation: $18,992.00. Amount required to be paid to non-priority unsecured creditors as determined by 1325(b) calculation: $10,767.00. Debtor guarantees a minimum of $18,992.00 will be paid to non-priority unsecured creditors.

3

(B) **Surrender of Collateral.** Debtor proposes to surrender the following collateral to the following creditor(s) with any deficiency paid as non-priority unsecured debt:
CREDITOR                              COLLATERAL

(C) **Rejected Executory Contracts/Leases.** Debtor rejects the following executory contract(s) with the following creditor(s).  Any balance to be paid as non-priority unsecured debt:
CREDITOR             CONTRACT/LEASE

10. Other:

11.  All secured creditors shall retain the liens securing their claims until the earlier of the payment of the underlying debt determined under non-bankruptcy law or discharge under section 1328.  However, the Debtor will request avoidance of non-purchase money liens secured by consumer goods as well as judicial liens which impair exemptions and said creditors will not retain their liens if the Court enters an order granting the Debtor's request to avoid the liens.

12. Any pledged credit union shares or certificates of deposit held by any bank shall be applied to the amount owed such Claimant.

13. Title to Debtor's property to re-vest in Debtor upon confirmation.  Debtor is not to incur further credit or debt without the consent of the Court unless necessary for the protection of life, health or property and consent cannot be obtained readily.  Within fourteen days of filing federal and state income tax returns, Debtor shall provide a copy of each return to the Chapter 13 Trustee.

14. Any post-petition claims filed and allowed under 11 U.S.C. § 1305 may be paid through the plan.

CREDITOR'S NOTICE: YOU MUST FILE A CLAIM IN ORDER TO PARTICIAPTE IN DISBURSEMENTS PROPOSED HEREIN. CLAIMS SHALL SHARE ONLY IN FUNDS DISBURSED AFTER THE CHAPTER 13 TRUSTEE RECEIVES THE CLAIM.  IN COMPLIANCE WITH ORDER OF THE COURT, ABSENT A SPECIFIC ORDER OF THE COURT TO THE CONTRARY, THE CHAPTER 13 TRUSTEE, RATHER THAN THE DEBTOR, WILL MAKE ALL PRE-CONFIRMATION DISBURSEMENTS PURSUANT TO SECTION 1326(a).  ALL CREDITORS ENTITLED TO PRE-CONFIRMATION DISBURSEMENTS, INCLUDING LEASE CREDITORS, MUST FILE A PROOF OF CLAIM TO BE ENTITLED TO RECEIVE SUCH PAYMENTS FROM THE CHAPTER 13 TRUSTEE. PURSUANT TO LOCAL RULE THE PROOF OF CLAIM SHALL CONTROL THE VALUATION OF COLLATERAL AND ANY VALUATION STATED IN THE PLAN SHALL NOT BE BINDING ON THE CREDITOR.  THE TRUSTEE, IN HIS SOLE DISCREDTION, MAY DETERMINE TO RESERVE FUNDS FOR PAYMENT TO ANY CREDITOR SECURED BY A MORTGAGE ON REAL ESTATE PENDING FILING OF A CLAIM.


DATE: March 7, 2017                         DEBTOR:___/s/Antoine D. Dunlap_____
                                                                    ANTOINE D. DUNLAP

**ABOVE MEDIAN DEBTORS ONLY**

AMOUNTS NECESSARY TO BE PAID TO GENERAL UNSECURED CREDITORS PURSUANT TO 11 USC SECTION 1325(b) CALCULATED AS FOLLOWS:

Form B22C line 11
Monthly Disposable Income:                         $ 4,178.31

Form B22C Box 52
    Total Additional Expenses                      $   4,023.86

Net Monthly disposable Income                      $      179.45

X 60 = Total Required to be paid to unsecured debt    $  10,767.00

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Chapter 13 Plan was mailed by first class mail, postage pre-paid, to the following interested party(ies) on the 7th day of March, 2017.

John V. LaBarge, Jr.
Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143

Internal Revenue Service
P.O. Box 7317
c/o Missouri Cases
Philadelphia, PA 19101-7317

Missouri Department of Revenue
General Counsels Office
P.O. Box  475
Mail Stop 202
Jefferson City, MO 65105-0100

United States Attorney
111 So Tenth Street
20th Floor
St. Louis, MO  63102

GATEWAY CITY LAW
3500 MAGNOLIA AVE
C/O SARAH M BUELTMANN
ST LOUIS, MO 63118-1134

BANK OF NEW YORK MELLON TRUST
PO BOX 24605
C/O OCWEN LOAN SVCING LLC
WEST PALM BEACH, FL 33416-4605

THE BOYD LAW GROUP LC
6811 SHAWNEE MISSION PKWY
STE 204
OVERLAND PARK, KS 66202

SELECT PORTFOLIO SERVICING
PO BOX 551170
JACKSONVILLE, FL 32255

COLLECTOR OF REVENUE
1200 MARKET ST #110
C/O CITY OF ST LOUIS
ST LOUIS, MO 63103

MIDLAND CREDIT MANAGEMENT INC
PO BOX 2036
C/O ASSET ACCEPTANCE LLC
WARREN, MI 48090

REVIVER FINANCIAL LLC
PO BOX 3023
HUTCHINSON, KS 67504

WASINGER DAMING LC
1401 S BRENTWOOD BLVD
STE 875
ST LOUIS, MO 63144

CHECK N GO
PO BOX 566027
C/O REAL TIME RESOLUTIONS
DALLAS, TX 75356-6027

  Sworn and executed under penalty of perjury this 7th day of March, 2017 at Frontenac, Missouri.

        ___/s/Rochelle Stanton_____
        ROCHELLE D. STANTON, MO Bar #49641
        Attorney for Debtor, Fed.Bar #49641MO
        745 Old Frontenac Square, Ste. 202
        Frontenac, MO  63131
        (314) 991-1559/ (314) 991-1183 Fax
        rstanton@rochelledstanton.com